| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Bryant, Jr., Dale G. | 2. Court or Organization<br><br>U.S. Courts, Northern District of Texas | 3. Date of Report<br><br>11/14/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Magistrate Judge--Full Time | 5a. Report Type (check appropriate type)<br>☐ Nomination　Date<br>☐ Initial　☑ Annual　☐ Final<br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>United States Courthouse Annex<br>1205 Texas Ave., Room 211<br>Lubbock, TX 79401 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, Jr., Dale G. | 11/14/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Dallas/Fort Worth Federal Bar Association | 01/27/2017 | Los Colinas, Dallas, Texas | participate in panel discussion for bar conference | hotel and transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, Jr., Dale G. | 11/14/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, Jr., Dale G. | 11/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Amarillo National Bank cash accounts | | None | J | T | | | | | |
| 2. Synchrony cash account | A | Interest | K | T | | | | | |
| 3. Texas Capital cash account | A | Interest | J | T | | | | | |
| 4. Texas Capital Certificate of Deposit | A | Interest | J | T | | | | | |
| 5. Capital One cash account | A | Interest | J | T | | | | | |
| 6. Ameritrade (two accounts-prior Scottrade account converted by merger) | | | | | | | | | |
| 7. - cash (both accts) | A | Interest | J | T | | | | | |
| 8. - NYMT common stock (both accts) | B | Dividend | J | T | | | | | |
| 9. - APPL common stock (one acct) | A | Dividend | J | T | | | | | |
| 10. - USO oil index fund (one acct) | | None | J | T | | | | | |
| 11. - Wells Fargo Bank Certificate of Deposit (one acct) | A | Interest | J | T | | | | | |
| 12. IRA #1 Synchrony Certificate of Deposit | A | Interest | J | T | | | | | |
| 13. IRA #2 Synchrony Certificate of Deposit | A | Interest | J | T | | | | | |
| 14. 401K | | | | | | | | | |
| 15. - John Hancock Multimanager Balanced (mgr changed from Vanguard) | B | Dividend | K | T | | | | | |
| 16. IRA # 3 (Ameritrade) | | | | | | | | | |
| 17. - USO oil index fund | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - FTNT common stock | | None | | | Sold | 12/01/17 | J | B | |
| 19. - MONIF common stock | | None | | | Sold | 09/15/17 | J | A | |
| 20. - BIPIX mutual fund | A | Distribution | J | T | | | | | |
| 21. - Discover Bank Certificate of Deposit or bond | A | Interest | | | Redeemed | 04/04/17 | J | A | |
| 22. - cash (Ameritrade) | A | Interest | K | T | | | | | |
| 23. IRA # 4 (Ameritrade) | | | | | | | | | |
| 24. - NOSGX mutual fund | A | Distribution | J | T | | | | | |
| 25. - SSEMX mutual fund | A | Distribution | J | T | | | | | |
| 26. - BIPIX mutual fund | A | Distribution | J | T | | | | | |
| 27. - AAPL common stock | A | Dividend | | | Sold | 12/01/17 | J | B | |
| 28. - FTNT common stock | | None | | | Sold | 12/01/17 | J | C | |
| 29. - MONIF common stock | | None | | | Sold | 09/15/17 | J | A | |
| 30. - RVNG common stock | | None | J | T | | | | | |
| 31. - USO oil index fund | | None | J | T | | | | | |
| 32. - cash (Ameritrade) | A | Interest | K | T | | | | | |
| 33. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, Jr., Dale G. | 11/14/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. As to the accounts identified in Part VII, line 6, these cover two accounts held at Ameritrade. These two accounts were reported last year in a combined fashion on lines 5 through 8 as an account at Ameritrade and one at Scottrade. Ameritrade acquired Scottrade in 2017, and the Scottrade account is now an Ameritrade account. The items listed for 2017 in lines 6-11 are held in these two Ameritrade accounts. The Wells Fargo CD (line 11) was acquired in 2017.

2. The 401K identified in lines 14-15 of Part VII is the same one identified at lines 11-13 last year. This is an employer provided 401K, and the company managing the account changed in 2017 from Vanguard to John Hancock. The change in management resulted in a transfer of funds from Vanguard to John Hancock on or about July 19, 2017, but was not the result of any sale or transfer initiated by the holder/owner of the account. The total appreciation in the funds held in the Vanguard account, from January 1, 2017, until the transfer to John Hancock on or about July 19, was approximately $ 1,053.00. No other gain or loss occurred as a result of the transfer between the two companies as the amount transferred from Vanguard was the same as that deposited with John Hancock.

3. The line 18 entry in Part VII for last year has been removed on this year's report as it was duplicative of line 15 (inadvertently listed the same fund twice for IRA # 3).

| Name of Person Reporting | Date of Report |
|---|---|
| Bryant, Jr., Dale G. | 11/14/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Dale G. Bryant, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544